UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FREDERICK WILKES,

        Petitioner,               Case No. 1:20-cv-719

v.                                   Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to amend his petition (ECF No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's request for preliminary injunctive relief (ECF No. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   September 2, 2020                /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge