UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FREDERICK WILKES,

               Petitioner,              Case No. 1:20-cv-719

v.                               Honorable Paul L. Maloney

RANDEE REWERTS,

               Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:    September 2, 2020           /s/ Paul L. Maloney
                                          Paul L. Maloney
                                        United States District Judge